THE STATE v. EARL ET AL.

1. **Practice in Supreme Court**: CRIMINAL CASE: POVERTY OF APPEL-
LANT: PRINTING ABSTRACTS: RULES DISREGARDED: SUBMISSION SET
ASIDE. Where the appellant is a defendant in a criminal case, and it is
shown by his own affidavit that he is unable to pay for the printing of
an abstract, and by the affidavit or professional statement of his coun-
sel that there is merit in the appeal, the rules in regard to printed
abstracts may be waived; but in such case it is the *printing* only, and
not the *abstract*, that is waived. And in this case, where there was no
such showing, and the cause was submitted on the written transcript of
the record and the original transcript of the reporter's notes and a
printed argument of the defendants' counsel, the submission was set
aside, with leave to defendants to present the case in the manner pre-
scribed by the rules.

*Appeal from Warren District Court.*

FRIDAY, APRIL 24.

PER CURIAM. This cause was submitted to this court for final decision at the last December term. We find that it is submitted upon a written transcript of the record of the proceedings of the district court, and upon the original transla-tion of the reporter's short-hand notes. No part of the record or evidence has been abstracted and printed. We have a printed argument of seven pages by the attorneys for defend-ants, but nothing from the attorney general. The record is voluminous, containing nearly two hundred pages. The case

was not in a condition for submission when it was sent to us, and of this fact we had no knowledge. The rules in regard to printed abstracts may, under rule 101, be waived or suspended upon a proper showing.

When this waiver is asked on the ground of the poverty of the appellant, the fact of his inability to pay for the printing must be shown by affidavits, and counsel must further show, by affidavit or professional statement, that there is merit in the appeal. The requirements of rule 101 must be complied with. We have in no case waived the rule requiring an abstract. When the requirement for printing* is waived, an abstract in writing, or caligraphic writing, must be prepared and submitted to the attorney general. Upon his approval or amendment of such abstract the cause may be submitted. Arguments in print or writing are to be filed as in other cases.

We will not dismiss the appeal in this case, but will rather set aside the submission, thus giving the defendants an opportunity to present the case in the manner prescribed by the rules. It is therefore ordered that the submission of the cause be

SET ASIDE.